IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 1:23-cv-2745-ACR |

## ANSWER

Defendant Internal Revenue Service (IRS) answers Plaintiff Functional Government Initiative's (FGI) Complaint as follows:

FIRST AFFIRMATIVE DEFENSE

The IRS may withhold any responsive records or portions thereof that are exempt from disclosure pursuant to the exemptions in subsection (b) of the Freedom of Information Act (FOIA), 5 U.S.C. § 552(b), *et seq*.

SECOND AFFIRMATIVE DEFENSE

Plaintiff is not entitled to any relief beyond that provided under the FOIA.

THIRD AFFIRMATIVE DEFENSE

Plaintiff failed to state a claim for which relief may be granted. *See* Fed. R. Civ. P. 12(b)(6).

FOURTH AFFIRMATIVE DEFENSE

Plaintiff is neither eligible nor entitled to attorney's fees or costs.

FOR ITS ANSWER, Defendant further responds to the allegations of the Complaint as follows:

To the extent an answer is required, Defendant admits the allegation in the first unenumerated paragraph.

## JURISDICTION AND VENUE

1. Admitted.

2. Defendant admits that venue is proper in this district under 5 U.S.C. § 552(a)(4)(B) but denies the remaining allegations in this paragraph.

## PARTIES

3. Defendant admits that Plaintiff is dedicated to improving the American public's access to information about the officials, decisions, actions, and priorities of their government. Defendant lacks sufficient information or knowledge to admit or deny the remaining allegations in this paragraph. The D.C. Code § 29-1102(5) speaks for itself.

4. Defendant admits the allegations in the first sentence of this paragraph. Defendant denies the allegations in the second sentence of this paragraph.

## STATEMENT OF FACTS

5. Admitted.

6. This is a statement of law to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

7. Defendant lacks sufficient information or knowledge to admit or deny the allegations in the first sentence of this paragraph. Defendant admits the remaining allegations in this paragraph.

8. Admitted. The Memorandum for Heads of Executive Departments and Agencies: Freedom of Information Act Guidelines by Merrick Garland speaks for itself.

9. Defendant denies that its explanation was not "sufficient" but admits the remaining allegations in this paragraph. Exhibit B speaks for itself.

10. Defendant admits the allegation in the first sentence of this paragraph. Exhibit C speaks for itself. Defendant denies the allegations in the second sentence of this paragraph. Defendant admits the allegations in the third sentence of this paragraph.

11. Denied.

12. Admitted. Exhibit D speaks for itself.

13. Admitted. Exhibit E speaks for itself.

14. Admitted. Exhibit F speaks for itself.

15. Admitted.

16. Defendant lacks sufficient information or knowledge to admit or deny that Plaintiff exhausted its administrative remedies with respect to its FOIA requests and denies the remaining allegations in this paragraph. 5 U.S.C. § 552(a)(6)(C) speaks for itself.

## CAUSE OF ACTION
**(Violation of FOIA, 5 U.S.C. § 552)**

17. Defendant incorporates its answers to paragraphs 1-16 as if fully stated herein.

18. Defendant denies that it is "unlawfully withholding records" but admits the remaining allegations in this paragraph.

19. Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

**PRAYER FOR RELIEF**

The remainder of the Complaint consists of Plaintiff's prayer for relief to which no response is required. To the extent a response is required, Defendant denies the allegations in Plaintiff's prayer for relief, and avers that Plaintiff is not entitled to any relief in this action.

Defendant denies every allegation of the complaint not specifically and expressly admitted herein.

WHEREFORE, Defendant Internal Revenue Service requests that this Court deny Plaintiff the relief it seeks, dismiss the complaint, and grant such other relief that this Court deems appropriate.

DATED: December 11, 2023        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　DAVID A. HUBBERT
　　　　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　s/ *Joycelyn S. Peyton*
　　　　　　　　　　　　　　　　　　　　　　JOYCELYN S. PEYTON
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Post Office Box 227
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20044
　　　　　　　　　　　　　　　　　　　　　　Tel:  202-514-6576
　　　　　　　　　　　　　　　　　　　　　　Fax:  202-514-6866
　　　　　　　　　　　　　　　　　　　　　　Joycelyn.S.Peyton@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　*Counsel for the United States*

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the Defendant Internal Revenue Service's **Answer** has been made on December 11, 2023 via the CM/ECF system, to:

JEREMIAH MORGAN
WILLIAM J. OLSON
William J. Olson, PC
370 Maple Ave. West, Ste. 4
Vienna, VA 22180-5615
jmorgan@lawandfreedom.com
 *Counsel for Plaintiff*

                                        /s/ *Joycelyn S. Peyton*
                                        JOYCELYN S. PEYTON
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice