IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>       Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>       Defendant. | Case No. 1:23-cv-2745-ACR |

**JOINT STATUS REPORT**

1. <u>The status of Plaintiff's FOIA request:</u>  Counsel for the parties met and conferred on December 21, 2023. Defendant Internal Revenue Service (IRS) is currently processing a portion of Plaintiff's request for email communications. The parties intend to discuss further whether additional searches are possible and necessary in this suit under the Freedom of Information Act.

2. <u>The anticipated number of documents responsive to Plaintiff's FOIA request:</u>  The IRS cannot answer this question at this time given the representations above.

3. <u>The anticipated date(s) for release of the documents requested by Plaintiff:</u>  The IRS cannot answer this question at this time given the representations above.

4. <u>Whether a motion for a stay is likely under Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976):</u>  No.

5. <u>Whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule:</u>  The parties are exploring ways to narrow disputed issues in this case and ask

the Court to extend by 45 days the time to file a further status report and, if necessary, a proposed briefing schedule.

Dated: January 3, 2024                     Respectfully submitted,

DAVID A. HUBBERT                           *s/Jeremiah L.Morgan*
Deputy Assistant Attorney General          Jeremiah Lee Morgan
                                           WILLIAM J. OLSON, P.C.
s/ *Joycelyn S. Peyton*                    370 Maple Avenue West
JOYCELYN S. PEYTON                         Vienna, VA 22180
Trial Attorney, Tax Division                (703) 356-5070
U.S. Department of Justice                 jmorgan@lawandfreedom.com
Post Office Box 227                        *Attorney for Plaintiff*
Washington, D.C. 20044
Tel: 202-514-6576
Fax: 202-514-6866
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States*

CERTIFICATE OF SERVICE

This joint status report is being e-filed and is therefore being electronically served on the parties.