IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 1:23-cv-2745-ACR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

The parties filed an initial joint status report in this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552a, *et seq*., on January 3, 2024. ECF. No. 5, Jt. Status Rpt. In it, the parties informed the Court that they had met and conferred, and that

> Defendant Internal Revenue Service (IRS) is currently processing a portion of Plaintiff's request for email communications. The parties intend to discuss further whether additional searches are possible and necessary in this suit under the Freedom of Information Act.

*Id.*

As of the date of this joint status report, the IRS's search for records responsive to a portion of Plaintiff's FOIA request is ongoing. Plaintiff's FOIA request seeks, "All records from IRS official Nikole Flax" that include 34 search terms from between January 1, 2022 and the date of the search. *See* ECF. No. 1, Compl., ¶ 5. The IRS has collected Flax's emails and user-created files from the requested date rage and transferred the data to a third-party vendor for uploading to Relativity, the document review system. The IRS anticipates the data will be uploaded and returned from the vendor within the next two weeks. Once those records have been

returned from the vendor, Defendant will inform Plaintiff and this Court the volume of records at issue and consequently, how long it will take to review and release any potentially responsive records.

The parties accordingly jointly propose to file a further status report in 30 days, i.e. on or before **May 6, 2024**, further updating the Court on the status of the IRS' search.

Dated: April 5, 2024               Respectfully submitted,

| | |
|---|---|
| DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>s/ *Joycelyn S. Peyton*<br>JOYCELYN S. PEYTON<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 227<br>Washington, D.C. 20044<br>Tel: 202-514-6576<br>Fax: 202-514-6866<br>Joycelyn.S.Peyton@usdoj.gov<br>*Counsel for the United States* | *s/Jeremiah L.Morgan*<br>Jeremiah Lee Morgan<br>WILLIAM J. OLSON, P.C.<br>370 Maple Avenue West<br>Vienna, VA 22180<br>(703) 356-5070<br>jmorgan@lawandfreedom.com<br>*Attorney for Plaintiff* |

CERTIFICATE OF SERVICE

This joint status report is being e-filed and is therefore being electronically served on the parties.