IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:23-cv-2745-ACR |

**JOINT STATUS REPORT**

The parties jointly submit the following status report in this suit under the Freedom of Information Act (FOIA), 5 U.S.C. § 552a, *et seq.*, for access to "[a]ll records from IRS official Nikole Flax" that include 34 search terms from between January 1, 2022 and the date of the search. *See* ECF. No. 1, Compl., ¶ 5.

In the last status report, the parties informed the Court that the Internal Revenue Service (IRS) had collected and uploaded to Relativity Flax's emails and user-created files from the requested date rage. *See* ECF. No. 8, Jt. Status Rpt. Using the search terms provided in the FOIA request, the IRS' search returned approximately 29,000 unique hits. *Id.* Because the IRS's typical production target is approximately 500 pgs. per month, the parties were discussing potentially narrowing the request or combining search terms to focus on more pertinent material, which may shorten Defendant's schedule for releasing responsive, non-exempt records. *Id.*

As of the date of this status report, the parties are still discussing narrowing the search terms to shorten the review and potential release schedule. As recently as October 7, 2024, the

IRS provided FGI with the latest search results based on the most recent search terms provided by FGI.

In accordance with this Court's Order, the parties will further inform this Court of the status of the requested searches in 60 days, on December 10, 2024. *See* July 31 Order.


Dated: October 11, 2024                    Respectfully submitted,


DAVID A. HUBBERT                           *s/Jeremiah L. Morgan*
Deputy Assistant Attorney General          Jeremiah L. Morgan
                                           WILLIAM J. OLSON, P.C.
s/ *Joycelyn S. Peyton*                    370 Maple Avenue West
JOYCELYN S. PEYTON                         Vienna, VA 22180
Trial Attorney, Tax Division               (703) 356-5070
U.S. Department of Justice                 jmorgan@lawandfreedom.com
Post Office Box 227                        *Attorney for Plaintiff*
Washington, D.C. 20044
Tel: 202-514-6576
Fax: 202-514-6866
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States*


## CERTIFICATE OF SERVICE

This joint status report is being e-filed and is therefore being electronically served on the parties.