IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE, | ) ) ) | |
| | ) | Case No. 1:23-cv-2745-SLS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| INTERNAL REVENUE SERVICE, | ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

The parties jointly submit the following status report in this suit under the Freedom of Information Act (FOIA), 5 U.S.C. § 552a, *et seq.*, for access to "[a]ll records from IRS official Nikole Flax" that include 34 search terms from between January 1, 2022 and the date of the search. *See* ECF. No. 1, Compl., ¶ 5.

In prior status reports, the parties informed the Court that, "[u]sing the search terms in Plaintiff's FOIA request, the IRS' search returned approximately 29,000 unique hits from the requested date rage" and that the parties were therefore discussing narrowing the overall search because the IRS's typical production target is approximately 500 per month. *See* ECF. Nos. 8, 14, Status Rpts. *Id.* Since then, the parties have narrowed and clarified some search terms.[1] While doing so, however, the IRS realized that the original estimate of 29,000 unique hits was an error based on a misreading of the "Holly Paz or Paz" search term. *See* Compl. When interpreted

---

[1] Specifically, the parties have narrowed the "$600"; "audit"; "small business"; "Inflation Reduction Act"; "tax gap"; and "reporting" search terms.

to capture every specific reference to Holly Paz, there are in fact 37,206[2] potentially responsive

documents, which includes the search terms that have been previously narrowed by the parties.

Accordingly, the parties will be discussing further options for narrowing the search terms.

In addition, the IRS is currently drafting a review fee letter to Plaintiff, which the agency

anticipates providing to Plaintiff before the parties' next status report. The parties are therefore

still discussing narrowing the search given the increased number of potentially responsive

records and the estimated review fees. Before the next status report, the parties anticipate having

discussed the estimated fees and its impact, if any, on the scope of the overall search.

In accordance with this Court's Order, the parties will further inform this Court of the

status of the requested searches in 60 days, on August 11, 2025. *See* July 31, 2024 Order.


Dated: June 10, 2025                              Respectfully submitted,

s/ *Joycelyn S. Peyton*                           *s/Jeremiah L. Morgan*
JOYCELYN S. PEYTON                                Jeremiah L. Morgan
Trial Attorney, Tax Division                      WILLIAM J. OLSON, P.C.
U.S. Department of Justice                         370 Maple Avenue West
Post Office Box 227                               Vienna, VA 22180
Washington, D.C. 20044                            (703) 356-5070
Tel: 202-514-6576                                 jmorgan@lawandfreedom.com
Fax: 202-514-6866                                 *Attorney for Plaintiff*
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States*


## CERTIFICATE OF SERVICE

This joint status report is being e-filed and is therefore being electronically served on the parties.

---

[2] This number refers only to the number of *documents* that will need to be reviewed, not to the number of pages. The overall number of pages that the Service will need to review in order to process Plaintiff's request will likely be significantly greater than 37,000.