IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:23-cv-2745-SLS<br>)<br>) |
| v. | )<br>) |
| INTERNAL REVENUE SERVICE, | )<br>)<br>) |
| Defendant. | )<br>) |

**JOINT STATUS REPORT**

The parties jointly submit the following status report in this Freedom of Information Act (FOIA), 5 U.S.C. § 552a, *et seq.*, suit for access to "[a]ll records from IRS official Nikole Flax" that include 34 search terms from between January 1, 2022 and the date of the search. *See* ECF. No. 1, Compl., ¶ 5.

In the last status report, the parties informed the Court that the parties had narrowed the scope of the search such that the number of potentially responsive records is 8,160. *See* ECF. No. 17. The IRS began reviewing those records for responsiveness at 500 pages per month in August 2025 and released the first batch of responsive records to Plaintiff on September 19, 2025. Defendant will continue to review the potentially responsive records and release any additionally responsive, non-exempt records on a rolling basis at the end of each month until the review is complete.

The IRS's review and release of responsive, non-exempt records at the end of

October and November 2025 was interrupted due to the stay that was entered in this case as a result of the lapse in appropriations to the Department of Justice that lasted from September 30, 2025 to November 12, 2025. The IRS has resumed its review and will proceed with releasing responsive, non-exempt records on a rolling basis beginning at the end of December 2025.

In accordance with this Court's Order, the parties will further inform this Court of the status of the requested searches in 60 days, i.e. on or before February 2, 2026. *See* July 31, 2024 Order.

Dated: December 3, 2025

Respectfully submitted,

*s/Jeremiah L. Morgan*
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
370 Maple Avenue West
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com
*Attorney for Plaintiff*


BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney
General, Tax Litigation Branch

*s/Joycelyn S. Peyton*
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227, Washington, D.C. 20044
Telephone: (202) 514-6576
Joycelyn.S.Peyton@usdoj.gov
*Counsel for Plaintiff*