IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant. | )<br>)<br>)　Case No. 1:23-cv-2745-SLS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

On December 4, 2025, this Court ordered the parties to jointly submit the following status report informing the Court of "(1) the number of pages that remain to be reviewed, and (2) the expected date of completion for that review." Minute Order (Dec. 4, 2025).

As of this report, there are approximately 8,000 documents left to review. The IRS's review began in August 2025 and ran into significant delays due to vendor issues and the lapse in appropriations to certain portions of the Government, including eventually the IRS that began on September 30, 2025. The IRS expects to return to its normal schedule of reviewing documents at a rate of 500 pages per month in January 26, 2025. Accordingly, using a conservative estimate of one page per document, the IRS's review will be complete around March 2027.


　　//



[signature blocks next page]

<table>
<tr><td>Dated: December 11, 2025</td><td>Respectfully submitted,</td></tr>
<tr><td>s/ *Joycelyn S. Peyton*<br>JOYCELYN S. PEYTON<br>Trial Attorney, Tax Litigation Branch<br>Civil Division, U.S. Department of Justice<br>Post Office Box 227<br>Washington, D.C. 20044<br>Tel: 202-514-6576<br>Fax: 202-514-6866<br>Joycelyn.S.Peyton@usdoj.gov<br>*Counsel for the United States*</td><td>*s/Jeremiah L. Morgan*<br>Jeremiah L. Morgan<br>WILLIAM J. OLSON, P.C.<br>370 Maple Avenue West<br>Vienna, VA 22180<br>(703) 356-5070<br>jmorgan@lawandfreedom.com<br>*Attorney for Plaintiff*</td></tr>
</table>