IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT            )
INITIATIVE,                      )
                                 )       Case No. 1:23-cv-2745-SLS
      Plaintiff,                 )
                                 )
      v.                         )
                                 )
INTERNAL REVENUE SERVICE,        )
                                 )
      Defendant.                 )
_____ )

## JOINT STATUS REPORT

On May 6, 2026, this Court ordered the parties to file the following status report on "the number of pages that remain to be processed and the expected timeline for completion of that processing." May 6, 2026 Order. Accordingly, the parties state as follows.

1. There are 2,814 pages left to be processed. Defendant Internal Revenue Service (IRS) estimates the processing will be completed by December 2026.

2. The IRS released its first batch of records since the parties' May Joint Status Report on June 3, 2026, consisting of 852 pages.

3. At present, the parties are discussing some questions Plaintiff has regarding the June 3 production.  In the next Joint Status Report, the parties will update the Court on the progress of their discussions and whether the parties have reached an impasse as to Plaintiff's questions.

[*Signatures on following page*]

Dated: June 8, 2026                                  Respectfully submitted,

*s/ Anna A. Miller*                                   *s/ Jeremiah L. Morgan*
ANNA A. MILLER                                        Jeremiah L. Morgan
Trial Attorney, Tax Litigation Branch                WILLIAM J. OLSON, P.C.
Civil Division, U.S. Department of Justice            370 Maple Avenue West
Post Office Box 227                                   Vienna, VA 22180
Washington, D.C. 20044                                (703) 356-5070
Tel: 202-257-7595                                     jmorgan@lawandfreedom.com
Fax: 202-514-6866                                     *Attorney for Plaintiff*
Anna.A.Miller@usdoj.gov
*Counsel for the Internal Revenue Service*